FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAY -2 PM 2:52

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| | ) | |
| v. | ) | 21 U.S.C. § 846   CR418-119 |
| | ) | Conspiracy to Possess With Intent to |
| ANTHONY WILSON JACKSON, | ) | Distribute Marijuana |
| a/k/a "ALL PROFIT," | ) | |
| a/k/a "AP," | ) | 18 U.S.C. § 371 |
| | ) | Conspiracy to Unlawfully Use |
| PRINCESS SHANTA DAVIS, | ) | Interstate Facilities to Promote a |
| a/k/a "PRINCESS JONES," | ) | Prostitution Business |
| | ) | |
| JASMINE WATKINS, and | ) | 21 U.S.C. § 841(a)(1) |
| | ) | Possession with Intent to Distribute |
| DEMONA BRYANT | ) | Marijuana |
| | ) | |
| | ) | 18 U.S.C. § 922(o) |
| | ) | Possession of a Machine Gun |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Machine Gun in |
| | ) | Furtherance of a Drug Trafficking |
| | ) | Crime |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| | ) | Prohibited Person |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of Ammunition by a |
| | ) | Prohibited Person |
| | ) | |
| | ) | 18 U.S.C. § 1956(h) |
| | ) | Money Laundering Conspiracy |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | Forfeiture Allegation |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Conspiracy to Possess With Intent to Distribute Marijuana*
21 U.S.C. § 846

Beginning at a time unknown to the Grand Jury, but at least from in or about 2009 and continuing through on or about January 2, 2018, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**ANTHONY WILSON JACKSON,**
a/k/a "ALL PROFIT,"
a/k/a "AP," and
**PRINCESS SHANTA DAVIS,**
a/k/a "PRINCESS JONES,"

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

## COUNT TWO
*Conspiracy to Unlawfully Use Interstate Facilities to*
*Promote a Prostitution Business*
18 U.S.C. § 371

Beginning at a time unknown to the Grand Jury, but at least from in or about 2015 and continuing through on or about January 2, 2018, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**ANTHONY WILSON JACKSON,**
a/k/a "ALL PROFIT,"
a/k/a "AP,"
**PRINCESS SHANTA DAVIS,**
a/k/a "PRINCESS JONES,"
**JASMINE WATKINS, and**
**DEMONA BRYANT**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and willfully combine, conspire, confederate and agree together and with each other to use a facility in interstate commerce, namely cell phones and the internet, with the intent to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment and carrying on of an unlawful activity being prostitution, which constitutes a violation of the laws of the state of Georgia, and thereafter performed an act to promote, manage, establish, and carry on, and to facilitate the promotion, management, establishment, and carrying on of such unlawful activity, in violation of Title 18, United States Code, Sections 1952 and 2.

## OBJECT OF THE CONSPIRACY

It was the object of the conspiracy to make money by promoting a prostitution business.

## MANNER AND MEANS

1. It was part of the conspiracy that conspirators would use the internet and cell phones to promote a prostitution business led by **ANTHONY WILSON JACKSON, a/k/a "ALL PROFIT," a/k/a "AP,"** and assisted by **PRINCESS SHANTA DAVIS, a/k/a "PRINCESS JONES,"** that operated throughout the United States including, but not limited to, Georgia, South Carolina, Virginia, California, Maryland, and Michigan.

2. It was further part of the conspiracy that conspirators would plan and arrange for travel in interstate commerce to different cities and states throughout the United States to engage in prostitution.

3. It was further part of the conspiracy that conspirators would post online-classified prostitution advertisements at www.backpage.com ("Backpage") to notify customers when women were in a particular city and state to engage in prostitution.

4. It was further part of the conspiracy that conspirators would meet with customers who responded to the Backpage prostitution advertisements at a hotel to engage in commercial sex acts.

5. It was further part of the conspiracy that customers would engage in sex acts with women and pay members of the conspiracy in exchange for the commercial sex acts.

## OVERT ACTS

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, at least one of the conspirators committed or caused to be committed at least one of the following overt acts, among others, in the Southern District of Georgia and elsewhere:

A. On or about April 23, 2015, **ANTHONY WILSON JACKSON**, a/k/a "**ALL PROFIT**," a/k/a "**AP**," and **PRINCESS SHANTA DAVIS**, a/k/a "**PRINCESS JONES**," being aided and abetted by each other, posted bond for a woman who worked for **ANTHONY WILSON JACKSON**, a/k/a "**ALL PROFIT**," a/k/a "**AP**," and **PRINCESS SHANTA DAVIS**, a/k/a "**PRINCESS JONES**," after she was arrested for prostitution.

B. On or about May 10, 2016, members of the conspiracy posted online advertisements for commercial sex acts in Savannah, Georgia area, on Backpage for **DEMONA BRYANT** to perform commercial sex acts for **ANTHONY WILSON JACKSON'S**, a/k/a "**ALL PROFIT**," a/k/a "**AP**," prostitution business.

C. On or about May 10, 2016, **DEMONA BRYANT** was arrested for prostitution in Savannah, Georgia in connection with **ANTHONY WILSON JACKSON'S**, a/k/a "**ALL PROFIT**," a/k/a "**AP**," prostitution business.

D. On or about May 11, 2016, **PRINCESS SHANTA DAVIS**, a/k/a "**PRINCESS JONES**," posted bond for **DEMONA BRYANT** after she was arrested

for prostitution in Savannah, Georgia in connection with **ANTHONY WILSON JACKSON'S, a/k/a "ALL PROFIT," a/k/a "AP,"** prostitution business.

E.  On or about May 29, 2016, **DEMONA BRYANT**, aided and abetted by **PRINCESS SHANTA DAVIS, a/k/a "PRINCESS JONES,"** traveled from Savannah, Georgia to Las Vegas, Nevada in connection with **ANTHONY WILSON JACKSON'S, a/k/a "ALL PROFIT," a/k/a "AP,"** prostitution business.

F.  On or about June 13, 2016, members of the conspiracy posted online advertisements for commercial sex acts in the Detroit and Southfield, Michigan area, on Backpage for **JASMINE WATKINS** to perform commercial sex acts for **ANTHONY WILSON JACKSON'S, a/k/a "ALL PROFIT," a/k/a "AP,"** prostitution business.

G.  On or about June 13, 2016, **ANTHONY WILSON JACKSON'S, a/k/a "ALL PROFIT," a/k/a "AP,"** traveled from Savannah, Georgia to Detroit, Michigan.

H.  On or about June 14, 2016, **ANTHONY WILSON JACKSON'S, a/k/a "ALL PROFIT," a/k/a "AP,"** and **JASMINE WATKINS,** aided and abetted by each other, purchased condoms at Walgreens in Detroit, Michigan.

I.  On or about June 14, 2016, **JASMINE WATKINS** was arrested for prostitution in Detroit, Michigan in connection with **ANTHONY WILSON JACKSON'S, a/k/a "ALL PROFIT," a/k/a "AP,"** prostitution business.

All in violation of Title 18, United States Code, Sections 371 and 2.

## COUNT THREE
*Possession with Intent to Distribute Marijuana*
21 U.S.C. § 841(a)(1)

On or about January 2, 2018, in Chatham County, within the Southern District of Georgia, the defendants,

**ANTHONY WILSON JACKSON,**
a/k/a "ALL PROFIT,"
a/k/a "AP," and
**PRINCESS SHANTA DAVIS,**
a/k/a "PRINCESS JONES,"

aided and abetted by each other and by others known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT FOUR
*Possession of a Machine Gun*
18 U.S.C. § 922(o)

On or about January 2, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY WILSON JACKSON,**
a/k/a "ALL PROFIT,"

did knowingly possess a machine gun, that is, a fully automatic Glock 23, .40 caliber pistol.

All in violation of Title 18, United States Code, Section 922(o).

## COUNT FIVE
*Possession of a Machine Gun in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about January 2, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

### ANTHONY WILSON JACKSON,
### a/k/a "ALL PROFIT,"

did knowingly possess a machine gun, that is, a fully automatic Glock 23, .40 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Marijuana, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIX
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 1, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY WILSON JACKSON,**
a/k/a "ALL PROFIT,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a FN Herstal (FNH), Model Five-Seven, 5.7x28mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN
*Possession of Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about January 2, 2018, in Chatham County, within the Southern District of Georgia, the defendant,

**ANTHONY WILSON JACKSON,**
a/k/a "ALL PROFIT,"

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, ammunition, that is, FNH 5.7x28mm ammunition, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHT
*Money Laundering Conspiracy*
18 U.S.C. § 1956(h)

Beginning at a time unknown to the Grand Jury, but at least from in or about 2009 and continuing through on or about January 2, 2018, the precise dates being unknown, in Chatham County, within the Southern District of Georgia, and elsewhere, the defendants,

**ANTHONY WILSON JACKSON,**
a/k/a "ALL PROFIT,"
a/k/a "AP," and
**PRINCESS SHANTA DAVIS,**
a/k/a "PRINCESS JONES,"

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to conduct and attempt to conduct financial transactions affecting interstate commerce, with funds which were proceeds of a specified unlawful activity, that is conspiracy to possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), and which the defendants knew to be the proceeds of some form of unlawful activity, and did conspire to do so with the intent to promote the carrying on of the aforesaid specified activity, in violation of Title 18, Unite States Code, Section 1956(a)(1)(A)(i).

## OVERT ACTS

In furtherance of the conspiracy, the conspirators committed and caused to be committed in the Southern District of Georgia and elsewhere, financial transactions affecting interstate commerce, using funds which were, and which the defendants knew to be, proceeds of the unlawful conspiracy to possess with intent to distribute marijuana, a Schedule I controlled substance, including, but not limited to, the transactions shown below:

A. On or about August 3, 2016, conspirators deposited a total of $16,000 in Wells Fargo Account Numbers ending in 3987 and 3695.

B. On or about September 3, 2016, conspirators deposited a total of $32,560 in Wells Fargo Account Numbers ending in 8592, 0411, 5393, 5064, 3987, 5941, 0728, and 8592.

C. On or about September 13, 2016, conspirators deposited a total of $25,660 in Wells Fargo Account Numbers ending in 0728, 0870, 4946, and 4260.

D. On or about October 6, 2016, conspirators deposited a total of $28,900 in Wells Fargo Account Numbers ending in 5064, 0728, 8592, and 3695.

E. On or about October 24, 2016, conspirators deposited a total of $63,900 in Wells Fargo Account Numbers ending in 3987, 0728, 3695, 0870, 0411, 4946, 4260, and 5393.

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Eight of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, the defendants, **ANTHONY WILSON JACKSON, a/k/a "ALL PROFIT," a/k/a "AP," PRINCESS SHANTA DAVIS, a/k/a "PRINCESS JONES," JASMINE WATKINS, and DEMONA BRYANT**, shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Upon conviction of any offense alleged in this Indictment, the defendants, **ANTHONY WILSON JACKSON, a/k/a "ALL PROFIT," a/k/a "AP," PRINCESS SHANTA DAVIS, a/k/a "PRINCESS JONES," JASMINE WATKINS, and DEMONA BRYANT** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearm and ammunition involved in that offense.

If, as a result of any act or omission of a defendant, any of the property subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    as been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of this Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

A True Bill.

*(Signatures on the Following Page)*

_____
Bobby L. Christine
United States Attorney

_____
Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

_____
Tania D. Groover
Assistant United States Attorney
*Lead Counsel

_____
E. Greg Gilluly, Jr.
Assistant United States Attorney
*Co-lead Counsel

16