**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 418-119** |
| | ) | |
| **ANTHONY JACKSON,** | ) | |
| **a/k/a "ALL PROFIT,"** | ) | |
| **a/k/a "AP."** | ) | |

## NOTICE OF INTENT TO INTRODUCE TESTIMONY PURSUANT TO RULE 16(a)(1)(G), FEDERAL RULES OF CRIMINAL PROCEDURE AND FEDERAL RULES OF EVIDENCE 701, 702, AND 703.

The United States of America hereby provides notice of intent to introduce expert testimony pursuant to Federal Rules of Criminal Procedure 16(a)(1)(G) and Rules 701, 702, and 703, of the Federal Rules of Evidence.

### 1.    Firearm Experts

The United States seeks to elicit testimony from **Special Agent Thomas Crawford, III**, who is an expert in the identification of firearms and ammunition and the nexus of the firearms and ammunition. As outlined in Agent Crawford's resume and Nexus Reports, previously provided in discovery, Agent Crawford examined photographs, firearms, and ammunition seized in this case for the purposes of determining whether the items moved in interstate or foreign commerce. Agent Crawford, who has been recognized as a firearms expert in the United States District Courts for the Southern District of Georgia, will testify that the firearms outlined in Counts Four, Five, and Six of the Indictment are firearms under federal law; and they previously traveled in interstate commerce. He will also testify that the ammunition outlined in Count Seven of the

Indictment is in fact ammunition as defined by federal law; and the ammunition previously traveled in interstate commerce.

Agent Crawford examined two firearms and ammunition, and their respective markings, which include, but are not limited to the name of the manufacturer, make, model, caliber, importer and other markings.  He referenced the Bureau of Alcohol, Tobacco, Firearms and Explosives list of firearm manufacturers and other industry related reference material, which is widely known, routinely relied upon, and used by both law enforcement and civilian firearms experts to obtain information about firearms and their respective manufacturers, including a firearm's place of manufacture and other matters of interest related to firearms.

Agent Crawford examined the two firearms outlined in Counts Four, Five, and Six of the Indictment and will testify that the Glock, Model 23, .40 caliber pistol outlined in Counts Four and Five, traveled in and affected interstate commerce; and the FN Herstal (FNH), Model Five-Seven, 5.7x28mm pistol, outlined in Count Six of the Indictment, traveled in and affected interstate commerce.  The Glock was manufactured in Austria and was imported by Glock INC, located in Georgia.  The FN Herstal was manufactured in Belgium and was imported by FNH, located in Frederick, VA.  Agent Crawford also examined the ammunition outlined in Count Seven of the Indictment; and will testify that the thirteen rounds of FN Herstal 5.7x28 caliber ammunition traveled in and affected interstate commerce.  The ammunition was manufactured in Belgium. Agent Crawford will also testify that this caliber of ammunition is often referred to as "cop killer" ammunition because it can penetrate certain kinds of ballistic vests.

**Firearms Enforcement Officer Gregory S. Stimmel**, Bureau of Alcohol, Tobacco, Firearms and Explosives, will testify as an expert witness regarding the classification and identification of the Glock 23, .40 caliber pistol outlined in Counts Four and Five of the Indictment.

He will testify that the Glock 23, .40 caliber pistol, is a machinegun as defined by federal law.   As noted in his resume and report of examination that was previously disclosed in discovery, he has testified as an expert witness in federal court with regard to firearm identification and classification multiple times.   He has worked with ATF for over a decade; and has specialized knowledge with regard to identifying machineguns.   For more than 30 years, he has had an interest in the history, collection, nomenclature, and sporting and professional use of firearms and ammunition.   He will testify that he examined the Glock weapon and determined that it was fitted with a modified slide cover plate.   This plate is a machinegun conversion device intended for use in converting a semiautomatic Glock pistol to fire automatically.   When the trigger is depressed, this device enables the Glock pistol to shoot automatically more than one shot, without manual reloading, with a single function of the trigger.   The expert test fired the Glock at the ATF test range in West Virginia.   He inserted multiple rounds of ammunition into the Glock and squeezed the trigger.   The Glock fired multiple rounds automatically with a single function of the trigger.   The machinegun-conversion device on the Glock is a machinegun as defined in Title 26, United States Code, Section 5845, and Title 18, United States Code, Section 921(a)(23).

2.      **DNA Expert**

**Senior Forensic Serologist Angela P. Butler**, Serological Research Institute, will testify as an expert witness that Mr. Anthony Jackson's DNA was found on the Glock 23, .40 caliber pistol.   She will testify that the chance that an unrelated person would have the same profile as Mr. Jackson is approximately 1 in 22 nonillion.   A nonillion is a trillion followed by 12 zeros.   The world's population over history, combined, does not equal a nonillion.   As previously disclosed in discovery, Serologist Butler compared swabs of Mr. Jackson's DNA (taken from Mr. Jackson) with swabs taken from the Glock 23, Magazine, and live rounds.   She conducted a DNA analysis

using the Polymerase Chain Reaction (PCR) method, (a scientifically reliable and respected method) using the AmpFESTE Globalfiler amplification kit.  As noted in her resume and report, Ms. Butler has testified as an expert in federal court and at least 10 separate state courts.  She is a scientist who has studied DNA for over two decades.

3.       **Drug Experts/ Forensic Chemist**

**Special Agent Kevin Waters**, Georgia Bureau of Investigations, will testify as an expert regarding drug trafficking organizations.  Agent waters has testified previously as an expert in United States District Court in the Southern District of Georgia.  He will testify in general about drug trafficking organizations, tools of the drug trade (including scales, baggies, firearms, cell phones), the use of coded language, how drug trafficking organizations are utilizing the mail to ship and receive marijuana from California, and that firearms are commonly used by drug traffickers to protect the product, the person, and the proceeds of drug activity.  He will also testify that how drugs are packaged, and the quantity of drugs, may be indicators that represent an intent to distribute.  Further, many drug trafficking organizations operate stash houses to store products and use rental vehicles, often rented in other's names, to transport product and proceeds. Further, drug trafficking organizations often launder drug proceeds via multiple bank accounts.

As noted on his resume, previously provided in discovery, Agent Waters will rely on his training and experience.  He has been involved in hundreds of drug investigations, and been the case agent in over a hundred cases in federal court.  He has been a law enforcement officer for over 22 years, served with GBI's Southeastern Regional Drug Enforcement Office for 13 years, and as a Task Force Agent with DEA for the past 9 years.  His primary duties have been to investigate organized drug traffickers to identify, disrupt, and dismantle their operations.

**Forensic Chemist Lauren E. Munoz**, Drug Enforcement Administration will testify as an expert in forensic chemistry.  The United States anticipates that she will testify that the purported marijuana seized in this case is in fact marijuana as defined by federal law.  She visually examined it and conducted scientifically approved and recognized tests to confirm that the marijuana contained the appropriate THC purity to qualify as marijuana.  She will also testify that marijuana is a schedule I controlled substance.  A copy of her scientific report and CV has been provided to defense.

4. **Fingerprint Expert**

Because Mr. Jackson refuses to stipulate to his felon status, the United States will be calling witnesses to prove that he has been previously convicted of felony offenses.  To prove the defendant is the same defendant with the felony convictions, a fingerprint expert will examine the prints from prior felony convictions with Mr. Jackson's prints.  The expert will then testify that the prints match.  **Michelle M. Schiro** will testify as an expert witness at trial.  Ms. Schiro is a Certified Latent Print Examiner employed by the Chatham County Police Department who may render an expert opinion based on a fingerprint comparison of a fingerprint exemplar submitted by the Defendant with fingerprints taken at the time of his prior arrests corresponding to Defendant's conviction documentation.  She may testify that the fingerprint exemplar submitted by Defendant match those of the individual named Anthony Jackson previously convicted of felony offenses.

Ms. Schiro has approximately twenty years experience in law enforcement that includes employment with the San Diego Sheriff's Department, Chatham County Sheriff's Department, Chatham County Police Department, and Savannah Chatham Metropolitan Police Department.  She has been certified as a Latent Print Examiner by the International Association for Identification since October 2013; she was recertified in 2018.  Her curriculum vitae has been provided to

defense in discovery.  The print cards used to identify the Defendant have been previously produced, and her comparison will be provided to Defendant once complete.

In conclusion, the United States provides notice of the aforementioned expert witnesses. The United States invites defense counsel to contact the undersigned AUSAs if there are any questions or concerns.  Further, the United States welcomes defense counsel to contact the experts if there are any questions.

Respectfully submitted,

BOBBY L.  CHRISTINE
United States Attorney


s/*E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
TN019397

22 N. Barnard, Ste. 300
Savannah, Georgia, 31410
912-652-4422

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO: 418-119** |
| | ) | |
| **ANTHONY JACKSON,** | ) | |
| **a/k/a "ALL PROFIT,"** | ) | |
| **a/k/a "AP."** | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

The United States of America hereby certifies that a copy of this notice has been served on all parties via the Electronic Filing System.

This 13th day of February, 2020.

Respectfully submitted,

BOBBY L.  CHRISTINE
United States Attorney

s/*E. Greg Gilluly, Jr.*

E. Greg Gilluly, Jr.
Assistant United States Attorney
TN019397

22 N. Barnard, Ste. 300
Savannah, Georgia, 31410
912-652-4422